# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EMMITT PERKINS,       :
    Plaintiff,       :
               :      CIVIL ACTION
   v.            :
               :      No. 07-2124
CORRECTIONAL OFFICER       :
SERGEANT SCWAPPACH,       :
    Defendant.       :

**FILED**

APR 16 2010

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 16th day of April, 2010, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that Defendant's Motion for Summary Judgment (Doc. No. 40) is GRANTED. Judgment is entered for Defendant and against Plaintiff. The Clerk shall mark this case closed for statistical purposes.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

A:\MSJ Order - Perkins v. Schwappach 07-2124.wpd

-1-